Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC )
                               )
        Plaintiff, )
                               )
    vs. )
                               )
FELIX LATIMORE AND DOES 1-50 )
                               )
        Defendants )
                               )

Case No. **'11 CV 40   JLS   RBB**

**COMPLAINT**

**(1)   COPYRIGHT INFRINGEMENT**
**(2)   TRADEMARK INFRINGEMENT**
**(3)   INJUNCTIVE RELIEF**

## INTRODUCTION

1.    The Plaintiff, Liberty Media Holdings, LLC ("LIBERTY") produces high quality adult entertainment films, which are distributed throughout the world on DVDs and over the Internet on a website where its members pay a monthly fee for authorized access to LIBERTY's works.  The Defendant, Felix Latimore ("LATIMORE") unlawfully obtained a copy of one of LIBERTY's works, <u>Down on the Farm</u>, and now he manufactures DVDs of this movie and then sells those DVDs to the public.

2.    LATIMORE's actions are a clear violation of the Plaintiff's copyrights as protected by Title 17 of the U.S. Code; and, since the counterfeit DVDs bear the Plaintiff's federally-protected trademark and are sold under that trademark, the defendant's actions are a violation of the Plaintiff's trademark rights as protected by the Lanham Act.

3.    The Defendant's actions were willful in nature, entitling the Plaintiff to enhanced damages.  The Plaintiff seeks statutory damages, actual damages, an award of its attorneys' fees and costs of suit, as well as injunctive relief putting an end to Mr. Latimore's criminal activity.

**THE PARTIES**
**The Plaintiff, Liberty Media Holdings, LLC**

4.      Liberty Media Holdings, LLC (LIBERTY) is a California corporation doing business as CORBIN FISHER®, with a mailing address of 302 Washington Street, Suite 321 San Diego, CA 92103.

5.      LIBERTY produces, markets, and distributes works of original creative expression including Internet web content, DVDs, and photographs of an erotic nature.

6.      LIBERTY prohibits persons who are under the age of 18 from accessing the more explicit areas of its website, and does not sell its DVDs to minors.

**Defendant LATIMORE**

7.      LIBERTY is informed and believes, and on that basis alleges that DAVID LATIMORE is an individual who resides Tallassee, FL.

8.      Defendant LATIMORE does business under the name "felixthecat1," on sell.com, where he sells his bootleg DVDs.

9.      Under this name, LATIMORE manufactures and sells bootleg CORBIN FISHER® DVDs, which is the underlying conduct leading to this lawsuit.

10.     Although LIBERTY takes steps to keep its materials out of the hands of minors, LATIMORE took no such protective steps.  Thus potentially circumventing LIBERTY's strong "no minors" policy.

**Does 1-50**

11.     The true names and capacities, whether individual, corporate, associate, or otherwise of the Defendants sued herein as Does 1-50 are unknown to Plaintiff, which sues said Defendants by such fictitious names.  If necessary, Plaintiff will seek leave of this Court to amend this Complaint to state these defendants' true names and capacities.

12.     Plaintiff is informed and believes, and on that basis alleges, that these Doe defendants should also be subject to the relief requested herein.

13.     Does 1-50 intentionally induced Defendant LATIMORE into committing the acts complained of herein, and are accordingly contributorily liable for Defendant LATIMORE's infringement.

14.     Plaintiff is informed, and believes, and on that basis alleges, that these Doe Defendants are in possession of the counterfeit goods produced by Defendant LATIMORE and should be ordered to forfeit such goods to the Plaintiff for destruction, and if they have in turn

2
COMPLAINT

1  duplicated the goods, publicly displayed them, or have otherwise also infringed upon the

2  Plaintiff's rights, that they should be held responsible for these legal wrongs as well.

### JURISDICTION AND VENUE

3      15.    This Court has subject matter jurisdiction pursuant to the Copyright Act, (17

4  U.S.C. §§ 101 et seq.), the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a),

5  2201, and 2202.

6      16.    This Court has personal jurisdiction over the Defendant, who has engaged in

7  business activities in and directed to this district, and has committed a tortious act within this

8  district.

9      17.    Defendant LATIMORE has solicited business from California residents, has

   transacted business with California residents, and has committed unlawful and tortious acts

10 outside of California, which were expressly aimed at California residents, which he knew would

11 cause economic injury in California, and which did, in fact, cause economic injury in California.

12     18.    Plaintiff's claims arise out of this very conduct, which is expressly aimed at

13 California.

14     19.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial part of

15 the events or omissions giving rise to the claims pleaded herein occurred in this district.

### FACTS COMMON TO ALL CLAIMS

16     20.    Plaintiff Liberty is the copyright holder for the full length DVD Down on the

17 Farm, Federal Copyright Registration Number PA 1-698-357.  Exhibit 1.

18     21.    The Plaintiff sells this DVD through its website, www.corbinfisher.com.

19     22.    The Plaintiff keeps detailed lists of everyone who has purchased a copy of this

20 work, however, at no time is Plaintiff aware of Defendant purchasing even a single copy of

21 Down on the Farm.

22     23.    As such, on information and belief, LATIMORE obtained a copy through illegal

   means.

23     24.    Defendant LATIMORE placed advertisements on Sell.com attempting to sell

24 copies of the Plaintiff's work on DVD+R disks.  See Exhibit 2.

25     25.    It is unknown at this time how many bootleg disks LATIMORE has sold.

26     26.    Each of the audiovisual works at issue in this action is of high production value

27 and is easily discernable as a professionally produced work.

28

27.    The audiovisual work at issue in this action is registered, by the Plaintiff, with the United States Copyright Office.  See Exhibit 1.

28.    Defendant LATIMORE knew that the infringed upon works belonged to the Plaintiff, and even lied on his sell.com advertisement claiming that the Plaintiff had authorized his reproduction and distribution of the bootleg DVDs.

29.    Each of the Plaintiff's works is marked with the Plaintiff's trademark, CORBIN FISHER®, a copyright notice, a warning that unauthorized copying is illegal and will be prosecuted, and a statement regarding age verification records as required by 18 U.S.C. § 2257.

30.    Defendant LATIMORE knew or should have known that the Plaintiff is based in San Diego, California, and that infringement of its works was likely to cause economic harm in California.

31.    One of Plaintiff's employees found Defendant LATIMORE's advertisement on sell.com and documented the existence of the advertisement, ordered the DVD from the Defendant, and paid for this order with a credit card via PayPal.  See Exhibit 3.

32.    Defendant LATIMORE provided this DVD via US Mail to the employee.  Exhibit 3.

33.    Defendant LATIMORE knowingly shipped and/or caused to be shipped, not less than one counterfeit copy of each of the work into the Southern District of California.

34.    Defendant LATIMORE knowingly and willfully created and/or caused to be created and/or knowingly and willfully sold counterfeit DVD copies of the Plaintiff's copyrighted work through direct sales via sell.com and via the Internet.

35.    Neither Plaintiff nor any other person granted Defendant LATIMORE the right to manufacture and/or distribute copies of the Plaintiff's copyrighted works.

36.    At no time has Defendant LATIMORE obtained the right to manufacture and/or distribute counterfeit copies of the Plaintiff's copyrighted works.

37.    Although LIBERTY takes steps to kept its materials out of the hands of minors, LATIMORE took no such protective steps, thus potentially circumventing LIBERTY's strong "no minors" policy.

## FIRST CAUSE OF ACTION
### Copyright Infringement – 17 U.S.C. §§ 101 *Et. Seq.*

38.    Plaintiff repeats and incorporates by reference each and every allegation set forth above in paragraphs 1 through 38, inclusive.

39.     Defendant LATIMORE has illegally manufactured and sold many counterfeit DVDs of 1 of the Plaintiff's copyrighted works.

40.     Plaintiff has registered the copyright to this work, and copies of the copyright registration is attached as Exhibit 1.

41.     Plaintiff owns exclusive rights and privileges in and to the Copyright.

42.     Plaintiff is the owner of all rights, title, and interest in the Copyright at issue.

43.     Defendant LATIMORE's conduct infringes upon the Plaintiff's Copyright.

44.     Defendant LATIMORE's actions constitute an intentional and/or willful infringement of the Plaintiff's copyrights.

45.     On information and belief, as a direct and proximate result of his conduct, Defendant LATIMORE has realized and continues to realize profits and other benefits rightfully belonging to the Plaintiff.

46.     Defendant LATIMORE has willfully engaged in, and is willfully engaging in, the acts complained of in this complaint with malice, fraudulent intent, and in conscious disregard for the Plaintiff's intellectual property rights and other legal rights.

47.     Plaintiff has been damaged by Defendant LATIMORE's conduct, continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from the Defendant's conduct.

48.     Plaintiff hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages in an amount of not less than $750 and not more than $150,000 for each infringement, in lieu of seeking recovery of actual damages.

49.     As Defendant LATIMORE's infringement was intentional and/or willful, the Plaintiff is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of suit.

## SECOND CAUSE OF ACTION
### Trademark Infringement 15 U.S.C. § 1125

50.     Plaintiff is the holder of the following federally registered trademarks:  Corbin Fisher, Serial Number 78691008; Corbin Fisher's Amateur College Sex, Serial Number 78691030; Excelsior Media, Serial Number 3200827.

51.     Plaintiff's trademarks are inherently distinctive.

52.     The relevant market associates the Plaintiff's trademarks exclusively with the Plaintiff.

53.     Plaintiff includes its trademarks and logos on the packaging for its DVDs and in frames for the videos that it produces. This identifies the works as those of the Plaintiff.

54.     Defendant LATIMORE includes the Plaintiff's logos and trademarks on his counterfeit goods, including in frames on the videos on the DVDs that Defendant LATIMORE produces and sells to the public, and each counterfeit DVD produced by Defendant LATIMORE bears one or more of the Plaintiff's trademarks.

55.     Plaintiff has made, and continues to make, substantial investments of resources in the production, marketing, and branding of its products sold and otherwise distributed under these trademarks.

56.     Plaintiff takes great care in creating the look and quality of the films sold under its mark, including the production values inherent in the films themselves, but also including the packaging of its DVDs and the materials provided to consumers with the Plaintiffs goods.

57.     Plaintiff exercises a great degree of control and oversight in the production and post-production stages of the creation and marketing of its products. This is to insure that all of the Plaintiffs productions retain their distinctive character and quality, so as to maintain the Plaintiff's reputation in the relevant marketplace.

58.     Plaintiff has, at all times relevant hereto, taken care to enforce its trademarks and to prevent third parties from infringing thereupon.

59.     Plaintiff has, at all times relevant hereto, exercised significant control over the technical quality of its goods and services, including but not limited to the Plaintiff's copyrighted works, as well as the packaging, duplication, manufacture, and distribution thereof, in order to maintain the overall quality of the goods bearing the Plaintiff's trademarks and to protect the value of the relevant trademarks.

60.     Defendant LATIMORE's unlawful sale of counterfeit DVDs bearing the Plaintiff's trademarks constitutes an intentional and unlawful use of the Plaintiff's trademarks. This misuse constitutes a false designation of origin, and is likely to cause confusion in the marketplace as to the source or origin of the counterfeit DVDs; is likely to cause consumers to mistake the counterfeit DVDs for actual goods produced by the Plaintiff; and, is likely to deceive the public accordingly.

61.     Defendant LATIMORE's unlawful use of the Plaintiff's trademarks was made in connection with the Defendant's sale of goods that are in direct competition with the Plaintiff

and such sales were made to customers who otherwise would have been customers of the Plaintiff.

62.     This misuse has caused the Plaintiff's customers, members of the relevant trade, and other end users to suffer confusion, mistake, and/or to be deceived as to the origin and authenticity of the counterfeit DVDs.

63.     Defendant LATIMORE's DVDs are not of the same quality as the Plaintiff's DVDs; for example:

      a.  The menu sequence in Defendant LATIMORE's DVDs is amateurish and poorly designed when compared to the DVDs that the Plaintiff sells under its trademark.

      b.  Defendant LATIMORE's DVDs do not give the user the option to choose languages in the soundtrack other than English, unlike the DVDs that the Plaintiff sells under its trademark, which allow the viewer to choose multiple languages.

      c.  The packaging of the DVDs is of poor quality.

      d.  The DVDs give the impression that Corbin Fisher produced low-budget, low quality DVDs.

64.     The above-noted quality deficiencies in the Defendant's products serves to diminish the Plaintiff's standing in the marketplace and violates the Plaintiff's right to control the quality of materials in the marketplace that bear the Plaintiff's trademarks.

65.     Defendant's conduct infringes upon the Plaintiff's Trademarks.

66.     On information and belief, as a direct and proximate result of his conduct, Defendant LATIMORE has realized and continues to realize profits and other benefits rightfully belonging to the Plaintiff.

67.     Defendant LATIMORE has willfully engaged in, and is willfully engaging in, the acts complained of in this complaint with malice, fraudulent intent, and in conscious disregard for the Plaintiff's intellectual property rights and other legal rights.

68.     The Plaintiff has suffered damages of an amount to be proven at trial, but no less than $25,000.

69.     Plaintiff has been damaged by the Defendant's conduct, continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from Defendant LATIMORE's conduct.

70.     As Defendant LATIMORE's conduct was an intentional act, using the Plaintiff's federally registered trademarks, and undertaken in order to unfairly compete with the Plaintiff's business, the Plaintiff is entitled to treble damages, attorney's fees, and costs of suit.

71.     Additionally, Defendant LATIMORE's brazen and willful conduct in this case rises to the level of it being an "exceptional case," thus independently entitling the Plaintiff to an award of its attorneys fees expended in order to bring this action.

## THIRD CAUSE OF ACTION
### Injunctive Relief

72.     Plaintiff repeats and incorporates by reference each and every allegation set forth above in paragraphs 1 through 71, inclusive.

73.     Defendant LATIMORE's acts of unfair competition, trademark infringement, and copyright infringement have caused Plaintiff to suffer severe and irreparable harm, for which there is no adequate remedy at law.

74.     Plaintiff is informed and believes, and on that basis alleges, that absent an order from this Court, Defendant LATIMORE will continue to operate his enterprise and will continue to cause the Plaintiff to suffer continuing damages for which there are no adequate remedies at law.

75.     Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to enjoin any further such acts on the part of the Defendant LATIMORE or any party or entity acting in consort with him.

## WHEREFORE; PLAINTIFF PRAYS

76.     That this court issue a Temporary Restraining Order enjoining the Defendant LATIMORE and his respective agents, employees, successors, assigns, and all other persons who may be acting in concert with him or them from:

a.  Destroying, secreting, shipping, or in any way transferring any DVD which appears to be a copy of any of the Plaintiff's copyrighted works, or any and all other DVD copies of works bearing the Plaintiff's trademarks, name, or logos; and,

b.  Erasing, deleting, altering, or destroying any documents, electronic files, business records, or any other records of any kind that pertain to the purchase, sale, copying, reproduction, duplication, dissemination, and/or distribution of

8
COMPLAINT

any DVDs bearing the Plaintiff's copyrighted works or bearing the Plaintiff's trademarks; and,

c. Copying, causing to be copied, purchasing and/or selling any additional counterfeit copies of the Plaintiff's intellectual property; and,

77. That the Court issue a Preliminary Injunction in accordance with the Order requested above.

78. That the Court issue a Permanent Injunction in accordance with the Order requested above.

79. That the Defendant be required to pay Plaintiff's actual damages proximately resulting from the Defendant's acts, or statutory damages for each violation, as the Plaintiff may elect as a matter of right.

80. That the Defendant be required to pay treble damages for his willful trademark infringement; and

81. That Defendant accounts for:

a. All gains, profits, and advantages of any kind derived by him by his aforementioned and complained-of acts and business practices; and,

b. All gains, profits, and advantages derived by the infringement upon the Plaintiff's copyrights, or such damages as this Court shall deem proper within the provisions of the Copyright Act, up to $150,000 for each unlawful duplication and distribution of the Plaintiff's works, which was intentionally and unlawfully infringed upon by the Defendant; and,

82. For statutory and/or exemplary damages, as awarded by this Court; and,

83. That defendants be required to deliver up to be impounded during the pendency of this action:

a. All copies of the Plaintiff's works, in any format, in Defendant's possession or under his control,

b. All infringing copies and/or digital masters, plates, molds, equipment, computers, hard drives, DVD burners, and all other equipment and other matter for making such infringing copies and counterfeit goods; and,

84. That Defendant pays to the Plaintiff its reasonable attorneys' fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a).

85. That Defendant pays the Plaintiff the costs of this action; and,

1   86.     For any additional and further relief which this Court deems to be just and proper.

2

3   Dated: January 7, 2011

4

5                                          Respectfully Submitted,

6                                          s/Marc Randazza

7                                          Marc J. Randazza, Esq. SBN 269535
                                           Randazza Legal Group
8                                          3969 Fourth Avenue, Suite 204
                                           San Diego, CA 92103
9                                          888-667-1113
                                           305-437-7662 (fax)
10                                         mjr@randazza.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-357

**Effective date of registration:**

August 27, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Down On The Farm

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 26, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

  **Author Created:** entire motion picture, Artwork/Photographs

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** August 26, 2010

**Applicant's Tracking Number:** DVD-Down On The Farm

Page 1 of 1

Exhibit 2

**sell·com** marketplace

Get a **FREE** ad
Try us for free

home | sell now | my stuff | search

Browse Categories    Browse by Location    Basic Search    Advanced Search

sign in

## Corbin Fisher Down on The Farm
**Adult & Erotic** **$19.99** (Fixed) US Dollars    Seller: felixthecat1 (0) UNRATED
sell.com marketplace ▸ Adult & Erotic ▸ DVD's ▸ 259F7G

### Ad Info

| | |
|---|---|
| Asking Price: | **$19.99** (Fixed) US Dollars |
| Quantity For Sale: | **10** (New condition) |
| Item Location: | Tallahassee, FL [United States] |
| Shipping & Handling: | $3.50 for first and $1.00 each add'l. Seller will ship worldwide. Estimated delivery time 1-3 days. |
| Tax: | None. |
| Payment Terms: | Money Order/Cashiers Check, PayPal. |
| Refund Policy: | No refunds. |
| Date Posted: | 3 weeks ago |

### Seller Info

Sign-in Name: **felixthecat1** (0) UNRATED
Member Since: **15-Nov-2010**
Last Login: **last week**
**View more ads** from felixthecat1
**Save this seller** to your favorites

**Buy Now** Purchase via PayPal.
**Contact** Make an offer or ask a question.

✉ Email Friend    ✗ Save This Ad
Share |

🚩 **Flag** with care:    »Miscategorized
»Inappropriate

---

Classified Details    Corbin Fisher Down on The Farm



farm1.jpg

**This item is a copy of an original made with the express written consent of the copyright holder***

Ready to get plowed?

A whole stable of Corbin Fisher studs goes DOWN ON THE FARM for a smokin' photo and video shoot.

Filled with exclusive, no-holds-barred action, and filmed in HD on location deep in the American heartland, this DVD shows what really goes on in the haystacks. All your favorites; Connor, Dawson, Dru, Elijah, Trey and Travis, head down to the farm to saddle up the horses– and each other!

DOWN ON THE FARM is 126 minutes of steer wrestling, bucking broncos and pole-bending – and that's just the indoor action!

Get ready to ride hard!

***All DVDs are new and of excellent quality*** All of our DVDs come on DVD+R disks, and are of excellent quality. The DVDs do not come in boxes, but are shipped in plastic cases with label artwork(as pictured). DVDs are compatible with all DVD players. We ask that you e-mail us before bidding so you can know what you will be receiving. We guarantee that you will be more than happy with our products, because you will be getting DVD+R DVDs of the top hot gay porn studio flicks at more than affordable prices. We hope you decide to do business with us and exchange good positive feedback. Email if you have further questions.



farm22.jpg



5.jpg



3.jpg



farm6.jpg



farm4.jpg

▸ **View more ads from this seller**    ▸ **View ratings for this seller**    ▸ **Browse ads in DVD's category**

http://www.sell.com/259F7G

12/9/2010









Copyright © 1999-2010 sell.com, inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners.

Exhibit 3



**sell·com** marketplace

Get a **FREE** ad

Try us for free ▶

| 🏠 home | sell now | my stuff | search | | sign out |

| Summary | My Messages | My Ads | My Account | My Favorites |

💬 **felixthecat1** has sent a message.
   Regarding **Corbin Fisher Down on The Farm** (Original Asking Price: $19.99)

**Messages Sent**

| 🔘 felixthecat1 (0) | 15-Dec-2010 18:03 CST |
|---|---|

**Message:**
Hi John,
Yes it was mailed today, 2nd day Air. The tracking number is 03070020000065541177

Thanks again for your business!
Felix

| 🔘 mrjeep1964 (0) | 15-Dec-2010 16:41 CST |
|---|---|

**Message:**
Hi,
Was wondering if you were able to send the DVD off today and if there is a tracking or conformation number?
Thanks,
John

| 🔘 felixthecat1 (0) | 14-Dec-2010 21:10 CST |
|---|---|

**Message:**
Great, just received the payment! I will ship it 2nd day tomorrow. Thanks for you your business!

| 🔘 mrjeep1964 (0) | 14-Dec-2010 20:46 CST |
|---|---|

**Message:** I have sent the money via paypal....Hopefully I can have it here by friday....Thanks....

| ⚠️ System Message | 14-Dec-2010 20:22 CST |
|---|---|

**Message:**
The seller will be emailed when PayPal notifies us of your payment. All PayPal notifications will appear here. Be aware that PayPal notifications may be delayed. You can send the seller a message anytime by clicking the "Message" button.

| 🔘 felixthecat1 (0) | 14-Dec-2010 20:02 CST |
|---|---|

**Message:**
Hi,
Yes I would be willing to do it for you, If you make the payment tonight, I can ship it off tomorrow via 2nd day mail. It will cost $15.00 to do it. The total would be $34.99 You can make the payment via paypal at Charismatic1@comcast.net and I will send you delivery confirmation once I ship.

Thanks

| 🔘 mrjeep1964 (0) | 14-Dec-2010 19:10 CST |
|---|---|

**Message:**
Hi,
I was wondering if you offer Next Day or 2nd Day Air. I am leaving to go out of town this weekend and wanted to take it with me. Please let me know.
Thanks
Mr. Jeep

Showing 1-7 of 7

| **Buy Now** | 🟢 | Purchase this item via PayPal. |
|---|---|---|
| **Message** | 🔘 | Make an offer or ask a question. |
| **End** | ❌ | End the negotiation. |
| **Rate** | 🟢 | Before you can rate, ask the seller to click "accept" and agree to sell more» |
| **Abuse** | ⚠️ | Inform sell.com of problems or suspicious behavior. more» |
| **Close** | | Return to your Message Center. |

**sell·com** | Help | Link To Us |

Copyright © 1999-2010 sell.com, Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners.

Accepted Payments



🔒 Secured By

SECURED BY **GeoTrust**

Part of the **sell·com** network



JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Liberty Media Holdings, LLC

## DEFENDANTS
Felix Latimore

(b) County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Leon County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Marc Randazza, Randazza Legal Group
3969 4th Ave, Ste. 204, San Diego, CA 92103
888-667-1113, 305-437-7662

Attorneys (If Known)

'11CV40   JLS   RBB

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
|  | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **PRISONER PETITIONS** |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 510 Motions to Vacate Sentence | **IMMIGRATION** | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | **Habeas Corpus:** | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 530 General | ☐ 463 Habeas Corpus - Alien Detainee |  |
|  | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 465 Other Immigration Actions |  |
|  |  | ☐ 540 Mandamus & Other |  |  |
|  |  | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

Under the TORTS / PERSONAL INJURY column:
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 101, et seq., 15 U.S.C. Section 1125
Brief description of cause:
Copyright and Trademark Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $   25,000
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
January 7, 2011

SIGNATURE OF ATTORNEY OF RECORD
s/ Marc Randazza

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____